# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MONTANA

**FILED**

DEC 13 2016

Clerk, U.S District Court
District Of Montana
Missoula

## REQUEST FOR EARLY TERMINATION OF SUPERVISION

| NAME OF OFFENDER: | Raymond Lalonde Curnow |
|---|---|
| CASE NUMBER: | CR 10-01-BU-DWM-01 |
| NAME OF SENTENCING JUDICIAL OFFICER: | United States District Judge Donald W. Molloy |
| DATE OF ORIGINAL SENTENCE: | July 20, 2010 |
| ORIGINAL OFFENSE: | Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C.§ § 846, 841(b)(1)(A) |
| ORIGINAL SENTENCE: | 37 months custody, 5 years Supervised Release |
| TYPE OF SUPERVISION | Supervised Release |
| DATE SUPERVISION COMMENCED: | November 9, 2012 |
| ASSISTANT U. S. ATTORNEY: | Mr. Tim Racicot<br>P.O. Box 8329<br>Missoula, Montana 59807-8329<br>(406) 657-6101 |
| DEFENSE COUNSEL: | Mr. Tim Bechtold<br>P.O. Box 7051<br>Missoula, Montana 59807-7051 |

## ADJUSTMENT OF SUPERVISION SUMMARY
## REQUEST FOR EARLY TERMINATION OF SUPERVISION

The defendant, Raymond Curnow, is a thirty-nine year old adult who this officer believes is a good candidate for early termination of his supervised release. The offense involved the defendant, and others, distributing methamphetamine in Butte and Bozeman, Montana. The defendant appeared to be an average participant in the conspiracy and did not receive a role adjustment. It appeared his primary reason for obtaining methamphetamine was for personal use and not for distribution. Other than for minor traffic violations, he has no prior criminal history.

While in custody of the Federal Bureau of Prisons, he received no disciplinary write-ups and was involved in numerous educational programming courses. He successfully completed the RDAP program and was reported as having good leadership skills and the ability to make good decisions. He demonstrated a willingness and positive attitude. He was an active participant in group discussion and activities. His prognosis for future adjustment was reported as good.

In the summer of 2013, the defendant earned a position as an apprentice outside electrical lineman under the sponsorship of Mountain States Line Constructors. He immediately devoted himself to this career path which required much discipline, hard work, and dedication. On August 16, 2016, the defendant earned his Journeyman Lineman Certificate upon the recommendation of Mountain States Line Constructors.

At this time, this officer believes continued supervision may ultimately impede in his future success given his demanding employment obligations and career goals. He has demonstrated a consistent law-abiding lifestyle throughout his supervision and has complied with all his Court ordered conditions.

Mr. Tim Racicot, Assistant United States Attorney, has no objections to the defendant being early terminated from supervision.

The United States Probation Office respectfully requests the Court consider the defendant's early discharge from supervision.

Approved by:

Eric C. Buehler
Supervisory U.S. Probation Officer
Date: 11/21/16

Respectfully submitted,

by:

Matt Rohan
U.S. Probation Officer
Date: 11/21/16

## Order of Court

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and the proceedings in the case be terminated.

Dated this _6th_ day of _December_, 2016.

United States District Judge
Donald W. Molloy

Comments: